JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MEDELLIN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-01987-JWH-SK<br><br>**JUDGMENT** |

Pursuant to the Order on the Motion of Defendant United Parcel Service, Inc. ("UPS") for Summary Judgment filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Court has personal jurisdiction over the parties and has subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1332(a)(1) & 1441.

2. Fictitiously named Defendants Does 1-10 are **DISMISSED**.

3. Defendant UPS shall have **JUDGMENT** in its favor, and against Plaintiff Gary Medellin.

4. Plaintiff Gary Medellin shall take nothing by way of his complaint. This action is **DISMISSED**.

5. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 27, 2021

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE